UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BASIN ROCK PRODUCTS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-CV-00977-RP |
| | ) |
| RITCHIE BROS. AUCTIONEERS (AMERICA) INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S STATE COURT RECORDS SUPPLEMENT**

Pursuant to ECF 5, Defendant submits as Exhibit A the complete file from the state court action from which this case has been removed.

Dated: August 23, 2023

Respectfully submitted,

**DENTONS US LLP**

*/s/ Spencer D. Hamilton*
Spencer D. Hamilton
Bar No. 24087656
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
spencer.hamilton@dentons.com

*Attorney for Defendant Ritchie Bros. Auctioneers (America) Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August 2023, a true and accurate copy of the foregoing document was served via the Court's CM/ECF system to the following counsel of record.

Sean R. Looney
slooney@canteyhanger.com
John M. Kash
jkash@canteyhanger.com
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102

*Attorneys for Plaintiff*

/s/ *Spencer D. Hamilton*
Spencer D. Hamilton
*Attorney for Defendant Ritchie Bros. Auctioneers (America) Inc.*